

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00767-CR

Jose Mario **ALEMAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. 21-CR-81
Honorable Jose Luis Garza, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED June 20, 2024.

_____
Lori I. Valenzuela, Justice